# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13914

_____

ALPHA PHI ALPHA FRATERNITY, INC.,
a nonprofit organization on behalf of members residing in Georgia,
SIXTH DISTRICT OF THE AFRICAN
METHODIST EPISCOPAL CHURCH,
a Georgia nonprofit organization,
ERIC T. WOODS,
KATIE BAILEY GLENN,
PHIL BROWN, et al.,

                                              Plaintiffs-Appellees,

UNITED STATES OF AMERICA,

                                              Intervenor-Appellee,

*versus*

2                           Order of the Court                          23-13914

SECRETARY, STATE OF GEORGIA,
in his official capacity,

                                                    Defendant-Appellant.

─────────────────────

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05337-SCJ

─────────────────────

─────────────────────

No. 23-13916

─────────────────────

COAKLEY PENDERGRASS,
TRIANA ARNOLD JAMES,
ELLIOTT HENNINGTON,
ROBERT RICHARDS,
JENS RUECKERT, et al.,

                                                    Plaintiffs-Appellees,

*versus*

SECRETARY, STATE OF GEORGIA,

Defendant-Appellant,

ACTING CHAIR OF THE STATE ELECTION BOARD, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05339-SCJ

_____

_____

No. 23-13921

_____

ANNIE LOIS GRANT,
QUENTIN T. HOWELL,
ELROY TOLBERT,

4            Order of the Court            23-13914

THERON BROWN,
TRIANA ARNOLD JAMES, et al.,

           Plaintiffs-Appellees,

UNITED STATES OF AMERICA,

           Intervenor-Appellee,

*versus*

SECRETARY, STATE OF GEORGIA,

           Defendant-Appellant,

SARA TINDALL GHAZAL,
in herofficial capacities as member of the
State Election Board, et al.,

           Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-00122-SCJ

_____

ORDER:

23-13914 Order of the Court 5

    Appellant's "Motion for Extension of Time to File Reply Brief and for Additional Pages for Reply Brief" is GRANTED. Appellant may file a consolidated reply brief containing no more than 9,000 words by June 28, 2024.

    /s/ Kevin C. Newsom
    UNITED STATES CIRCUIT JUDGE