# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13914

_____

ALPHA PHI ALPHA FRATERNITY, INC.,
a nonprofit organization on behalf of members residing in Georgia,
SIXTH DISTRICT OF THE AFRICAN
METHODIST EPISCOPAL CHURCH,
a Georgia nonprofit organization,
ERIC T. WOODS,
KATIE BAILEY GLENN,
PHIL BROWN, et al.,

　　　　　　　　　　　　　　　　　　　　Plaintiffs-Appellees,

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　　　　　　Intervenor-Appellee,

*versus*

2                              Order of the Court                              23-13914

SECRETARY, STATE OF GEORGIA,
in his official capacity,

                                                            Defendant-Appellant.

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05337-SCJ

————————————

————————————

No. 23-13916

————————————

COAKLEY PENDERGRASS,
TRIANA ARNOLD JAMES,
ELLIOTT HENNINGTON,
ROBERT RICHARDS,
JENS RUECKERT, et al.,

                                                            Plaintiffs-Appellees,

23-13914  Order of the Court  3

*versus*

SECRETARY, STATE OF GEORGIA,

Defendant-Appellant,

ACTING CHAIR OF THE STATE ELECTION BOARD, et al.,

Defendants.

────────────────────

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05339-SCJ

────────────────────

────────────────────

No. 23-13921

────────────────────

ANNIE LOIS GRANT,
QUENTIN T. HOWELL,
ELROY TOLBERT,

4                     Order of the Court                     23-13914

THERON BROWN,
TRIANA ARNOLD JAMES, et al.,

                              Plaintiffs-Appellees,

UNITED STATES OF AMERICA,

                              Intervenor-Appellee,

*versus*

SECRETARY, STATE OF GEORGIA,

                              Defendant-Appellant,

SARA TINDALL GHAZAL,
in herofficial capacities as member of the
State Election Board, et al.,

                              Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-00122-SCJ

_____

ORDER:

| 23-13914 | Order of the Court | 5 |

The motion to withdraw as counsel filed by Paul R. Draper for Defendant-Appellant is GRANTED.

/s/ Andrew L. Brasher
UNITED STATES CIRCUIT JUDGE