# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13914

_____

ALPHA PHI ALPHA FRATERNITY, INC.,
a nonprofit organization on behalf of members residing in Georgia,
SIXTH DISTRICT OF THE AFRICAN
METHODIST EPISCOPAL CHURCH,
a Georgia nonprofit organization,
ERIC T. WOODS,
KATIE BAILEY GLENN,
PHIL BROWN, et al.,

                                              Plaintiffs-Appellees,

UNITED STATES OF AMERICA,

                                              Intervenor-Appellee,

*versus*

SECRETARY, STATE OF GEORGIA,
in his official capacity,

                                              Defendant-Appellant.

2                  Order of the Court                  23-13914

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05337-SCJ

_____

_____

No. 23-13916

_____

COAKLEY PENDERGRASS,
TRIANA ARNOLD JAMES,
ELLIOTT HENNINGTON,
ROBERT RICHARDS,
JENS RUECKERT, et al.,

                                             Plaintiffs-Appellees,

*versus*

SECRETARY, STATE OF GEORGIA,

                                             Defendant-Appellant,

ACTING CHAIR OF THE STATE ELECTION BOARD, et al.,

                                             Defendants.

23-13914  Order of the Court  3

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05339-SCJ

_____

_____

No. 23-13921

_____

ANNIE LOIS GRANT,
QUENTIN T. HOWELL,
ELROY TOLBERT,
THERON BROWN,
TRIANA ARNOLD JAMES, et al.,

                                                  Plaintiffs-Appellees,

UNITED STATES OF AMERICA,

                                                  Intervenor-Appellee,

*versus*

SECRETARY, STATE OF GEORGIA,

                                                  Defendant-Appellant,

4                          Order of the Court                          23-13914

SARA TINDALL GHAZAL,
in her official capacities as member of the
State Election Board, et al.,

                                                                               Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-00122-SCJ

_____

ORDER:

       The motion to withdraw as counsel filed by Casey Smith for Plaintiffs-Appellees is GRANTED.

                                         /s/ Barbara Lagoa
                                         UNITED STATES CIRCUIT JUDGE