**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                        In Replying Give Number
Clerk                                                                                 Of Case and Names of Parties

October 18, 2024

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **JANUARY 20, 2025, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.**
*Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email
**Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---------------------------------------------------------------------------------------------------------------------------------

*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #8.*

| | |
|---|---|
| 23-12539 | Federal Trade Commission v. Corpay, Inc., et al. (REVISED ARGUMENT DATE) |
| 22-13214 | Ka'Toria Gray v. Koch Foods, Inc., et al. (REVISED ARGUMENT DATE) |
| 23-11968 | Anthony Oliver v. Warden Wilcox State Prison, et al. (REVISED ARGUMENT DATE) |
| 23-11039 | Marcus Allen v. First Unum Life Insurance Company, et al. (REVISED ARGUMENT DATE) |
| 23-11911 | United States v. Omar Miller |
| 23-11548 | United States v. Michael Adix |
| 22-13951 | Jason Neiheisel v. United States |
| 23-11972 | United States v. Alphonso James |
| 23-13254 & 23-13383 | United States v. Mark Gyetvay |
| 23-11415 | Jekyll Island-State Park Authority v. Polygroup Macau Limited |
| 23-13706 | United States v. Joshua Herrera |
| 23-13616 | Tammy Watkins v. Lawrence Davis, et al. |
| 22-11020 | Edward Saadi v. Pierre Maroun, et al. |
| 23-11906 | Gregory Myers v. Naples Golf and Beach Club, Inc., et al. |
| 24-10879 | Jamie Cunningham v. Cobb County, Georgia, et al. |
| 23-13914 | Alpha Phi Alpha Fraternity, Inc., et al. v. Secretary, State of Georgia (Consolidated with 23-13916, Coakley Pendergrass, et al. v. Secretary, State of Georgia and 23-13921, Annie Grant, et al. v. Secretary, State of Georgia) |