No. 23-13914
*(consolidated with Nos. 23-13916 & 23-13921)*

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

ALPHA PHI ALPHA FRATERNITY, INC., *et al.*,

Plaintiffs-Appellees

v.

SECRETARY, STATE OF GEORGIA,

Defendant-Appellant

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

_____

UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL

_____

    KATHLEEN P. WOLFE
     Deputy Assistant
     Attorney General

    ERIN H. FLYNN
    NOAH B. BOKAT-LINDELL
     Attorneys
     Department of Justice
     Civil Rights Division
     Appellate Section
     Ben Franklin Station
     P.O. Box 14403
     Washington, D.C. 20044-4403
     (202) 514-5361

*Alpha Phi Alpha Fraternity, Inc., et al. v. Secretary, State of Ga.*, No. 23-13914
*(consolidated with Nos. 23-13916 & 23-13921)*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rules 26.1-1 to 26.1-3, counsel for amicus curiae United States hereby certifies that other than the person and entities previously identified in the briefs filed in this matter, the following person may have an interest in the outcome of this case:

    Wolfe, Kathleen, U.S. Department of Justice, Civil Rights Division, counsel for the United States.

s/ Erin H. Flynn
ERIN H. FLYNN
  Attorney

Date:  February 20, 2025

Undersigned counsel respectfully moves, pursuant to Federal Rule of Appellate Procedure 27, to withdraw as counsel of record in the above-captioned case. Effective February 21, 2025, undersigned counsel will leave her position with the Department of Justice.

The United States will continue to be represented by Noah B. Bokat-Lindell.

    Respectfully submitted,

    KATHLEEN P. WOLFE
     Deputy Assistant
     Attorney General

    s/ Erin H. Flynn
    ERIN H. FLYNN
    NOAH B. BOKAT-LINDELL
     Attorneys
     Department of Justice
     Civil Rights Division
     Appellate Section
     Ben Franklin Station
     P.O. Box 14403
     Washington, D.C. 20044-4403
     (202) 514-5361

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 51 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared in Times New Roman 14-point font using Microsoft Word for Microsoft 365.

                                                s/ Erin H. Flynn
                                                ERIN H. FLYNN
                                                  Attorney

Date:  February 20, 2025